# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DERRICK L. JOHNSON,

        Petitioner,     :    Case No. 3:15-cv-090

- vs -     District Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

JEFFREY LISATH, Warden,
 Pickaway Correctional Institution,

        :

        Respondent.

## RECOMMITTAL ORDER

With the Court's permission (ECF No. 89), Petitioner has filed Objections (ECF No. 90) to the Magistrate Judge's Third Supplemental Report and Recommendations (ECF No. 81).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

April 23, 2019.]

                                              Walter H. Rice
                                            United States District Judge

1